NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JANE DOE,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2025-1526

---

Appeal from the United States Court of Federal Claims in No. 1:25-cv-00111-TMD, Judge Thompson M. Dietz.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Jane Doe, who is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), submits her opening brief and various motions for relief.[1]  After carefully reviewing her

---

[1]    As she did at the trial court, Ms. Doe submits her filings under a pseudonym and requests nearly all of her submissions be sealed.

filings and the order of the United States Court of Federal Claims *sua sponte* dismissing her complaint for lack of jurisdiction, we determine that no further briefing would be helpful to the court's consideration of the issues.

The Tucker Act, 28 U.S.C. § 1491, limits the jurisdiction of the Court of Federal Claims to claims for money damages against the United States based on sources of substantive law that "can fairly be interpreted as mandating compensation by the Federal Government." *United States v. Navajo Nation*, 556 U.S. 287, 290 (2009) (citation omitted). The Court of Federal Claims here determined that Ms. Doe's sprawling complaint asserting claims against private individuals, government officials, and several states did not raise a claim within that limited jurisdiction. *See United States v. Sherwood*, 312 U.S. 584, 588 (1941). Ms. Doe's brief and various filings raise no substantial argument to challenge that determination. We therefore dismiss the appeal pursuant to 28 U.S.C. § 1915(e)(2).

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed under 28 U.S.C. § 1915(e)(2).

(2) All motions are denied.

(3) Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 11, 2025
Date